UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN A. GATES,

    Plaintiff,

v.

WASHINGTON WORKSOURCE, et al.,

    Defendants.

Case No. C07-1820RSL

ORDER TO SHOW CAUSE

On November 27, 2007, the Honorable James P. Donohue, United States Magistrate Judge, issued an Order Denying Plaintiff's Motion to Appoint Counsel in the above-captioned matter. The Order was mailed to plaintiff, but was returned unopened on December 21, 2007, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to note a "Rule 41 dismissal proceeding" on the calendar for March 7, 2008. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Rule 41(b)(2).

DATED this 7th day of January, 2008.

                                              /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge

ORDER TO SHOW CAUSE - 1